IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO: I. M. H., A MINOR.

ROCHELLE H.,
                                    Appellant,
                    vs.
CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; AND I. M. H., A MINOR,
                                    Respondents.

No. 84949

FILED

NOV 10 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order terminating appellant's parental rights. Eighth Judicial District Court, Clark County; Cynthia N. Giuliani, Judge.

Since the docketing of this appeal on June 30, 2022, two notices issued by the clerk of this court and one order entered by this court and addressed to appellant have been returned by the postal service as undeliverable.[1] The postal service noted that it was unable to forward any of the documents. The opening brief was due to be filed by October 17, 2022. Appellant has not filed the opening brief, or any other documents in this matter, and has not otherwise communicated with this court. Under these

---

[1]A copy of one order entered by this court and addressed to appellant was not returned as undeliverable.




22-35502

circumstances, it appears that appellant has abandoned this appeal and this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:   Hon. Cynthia N. Giuliani, District Judge
Rochelle H.
Clark County District Attorney/Juvenile Division
Legal Aid Center of Southern Nevada, Inc.
Eighth District Court Clerk